**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-2383

LESLIE WRIGHT,

Plaintiff - Appellant,

versus

MICHAEL EASLEY, Governor; STATE OF NORTH
CAROLINA, Health and Human Services,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   W. Earl Britt, Senior
District Judge.   (CA-05-742-5-WW)

Submitted: May 18, 2006                       Decided: May 25, 2006

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Leslie Wright, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Leslie Wright appeals the district court's order dismissing her civil action under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. <u>Wright v. Easley</u>, No. CA-05-742-5-WW (E.D.N.C. Nov. 15, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>